```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  916-554-2763
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   CR. NO. 2:09-CR-419-GEB
                                    )
12          Plaintiff,              )   MOTION AND ORDER
                                    )   DISMISSING INDICTMENT
13       v.                         )
                                    )
14  WILLIAMSON GAUTHEIR,            )
                                    )
15          Defendant.              )
    _____)
16
17       The United States of America, by and through its undersigned
18  attorney, Mary L. Grad, Assistant United States Attorney,
19  respectfully requests that this Court dismiss without prejudice
20  the above-captioned Indictment against defendant WILLIAMSON
21  GAUTHEIR.
22       This motion is made pursuant to the provisions of Rule 48(a)
23  of the Federal Rules of Criminal Procedure
24
    DATED: September 25, 2009          LAWRENCE G. BROWN
25                                     United States Attorney
26
27                                     By  /s Mary L. Grad
                                         MARY L. GRAD
28                                     Assistant U.S. Attorney
```

1

O R D E R

It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against WILLIAMSON GAUTHEIR.

Dated:  September 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge